Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−16680−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlando Garcia−Lopez
   595 Ridgewood Dr
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−2966

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       11/2/17
Time:       02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, attorney,

COMMISSION OR FEES
Fee: $1800.00,

EXPENSES
$26.68

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: October 4, 2017
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-16680-JNP
Orlando Garcia-Lopez                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Oct 04, 2017
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
```
db              +Orlando Garcia-Lopez,    595 Ridgewood Dr,    Vineland, NJ 08361-2993
cr              +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
cr               BANK OF AMERICA, N.A.,    C/OKOURY TIGHE LAPRES BISULCA & SOMMERS,,    1423 TILTON ROAD,
                  SUITE 9,    NORTHFIELD, NJ 08225-1857
cr              +Bridgeton Onized FCU,    c/o McKenna DuPont,    229 Broad St,    PO Box 610,
                  Red Bank, NJ 07701-0610
514736687       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
514692455      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998)
514692456       +Bridgeton Onized Federal Credit Union,    2550 S Main Rd,    Vineland, NJ 08360-7138
514968666       +Bridgeton Onized Federal Credit Union,    c/o Michael R. DuPont, Esq.,
                  229 Broad St - PO Box 610,    Red Bank, NJ 07701-0610
514949646       +Bridgeton Onized Federal Credit Union,    Hoffman Law Office, LLC,    713 Landis Avenue,
                  Vineland, NJ 08360-8005
514692457       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
514845058        Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
514692460       +Eastern Account System,    75 Glen Road Ste 110,    Sandy Hook, CT 06482-1175
514897403       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
514692461       +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
515291422     +++NCEP, LLC,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
514692467        Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market Street, PO Box 112,
                  Trenton, NJ 08625-0112
514782862       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514692468       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
514692470      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    Division Of Taxation, Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
514692469       +Santander,    5201 Rufe Snow Dr,    North Richland Hills, TX 76180-6036
514769415        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
514770269       +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
514898291       +Santander Consumer USA Inc.,    PO Box 961245,    Ft. Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2017 23:25:12     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 23:25:10     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
lm               E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 23:25:00     Green Tree Servicing LLC,
                  Po Box 6154,    Rapid City, SD 57709
514692459       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 04 2017 23:25:36
                  Comcast Cable,    1 Comcast Center,    Philadelphia, PA 19103-2899
514692462        E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 23:25:00     Green Tree,    PO Box 94710,
                  Palatine, IL 60094-4710
514974448        E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 23:25:00     Greentree Servicing LLC,
                  Po Box 6154,    Rapid City, SD 57709
514972318       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 23:25:00     Green Tree Servicing, LLC,
                  PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
514692465       +E-mail/Text: cio.bncmail@irs.gov Oct 04 2017 23:24:48     Internal Revenue Service,
                  1601 Market Street,    Philadelphia, PA 19103-2309
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514692463*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
514692466*       Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                  Springfield, NJ 07081-0744
514692464*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514692458      ##+Claudia Villalpando,    1301 South Lincoln Ave Apt 201,    Vineland, NJ 08361-6667
                                                                                       TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2017
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Michael R. DuPont    on behalf of Creditor    Bridgeton Onized FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Seymour  Wasserstrum    on behalf of Debtor Orlando  Garcia-Lopez mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                               TOTAL: 7
```