# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Orlando Garcia-Lopez

Case No.: 14-16680

Hearing Date: 4/12/19

Chapter: 13

Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Certification of Default Submitted by Chapter 13 Standing Trustee

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ  08101

**Date and Time:** April 12, 2019 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 19, 2019

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 19, 20 19 this notice was served on the following:
Chapter 13 Standing Trustee
Debtor(s)
Attorney for Debtor

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Orlando Garcia-Lopez  
    Debtor

Case No. 14-16680-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 19, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.  
db          +Orlando Garcia-Lopez,    595 Ridgewood Dr,    Vineland, NJ 08361-2993

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:

       Denise E. Carlon     on behalf of Creditor     DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       John M. Sommers     on behalf of Creditor     BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com  
       John R. Morton, Jr.     on behalf of Creditor     Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Michael R. DuPont     on behalf of Creditor     Bridgeton Onized FCU dupont@redbanklaw.com, dana@redbanklaw.com  
       Seymour Wasserstrum     on behalf of Debtor Orlando Garcia-Lopez mylawyer7@aol.com, ecf@seymourlaw.net

                                                                                                    TOTAL: 7